# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUEL KATAEV,<br><br>    Plaintiff,<br><br>v.<br><br>TD BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | **Civil Case Number:** 9:22-cv-07913<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned hereby appears as counsel for Plaintiff Emanuel Kataev in the above-entitled action.

Dated:  December 28, 2022

                                     MARCUS & ZELMAN, LLC

                                     By: <u>/s/ Ari H. Marcus</u>
                                               Ari H. Marcus, Esq.
                                               Attorneys for Plaintiff
                                               701 Cookman Avenue, Suite 300
                                               Asbury Park, New Jersey 07712
                                               Phone: (732) 695-3282
                                               Fax:    (732) 298-6256
                                               Email: Ari@MarcusZelman.com