
339240
Law Firm Ref#:

## UNITED STATES DSITRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

EMANUEL KATAEV

**Plaintiff**
VS

TD BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.

**Defendant**

Case No.: **2:22-cv-7913(GRB)(ARL)**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Mitchell** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Transunion, LLC**

I, Served the within named INDIVIDUAL/ENTITY on **1/5/2023 at 12:12 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Victoria Neal** (Title): **Security**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Action; Civil Action Complaint**

ADDRESS WHERE SERVED: **555 W. ADAMS STREET, CHICAGO, IL 60661**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Black** - Hair: **Grey** - Approx. Age: **60-65** - Height: **5'9"** - Weight: **140**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of Illinois
County of: Cook
This instrument was subscribed and sworn before me on 1/9/23
By Michael Mitchell (name/s of person/s)

Michael Mitchell, Process Server
Dated: 1/9/2023

Signature of Notary Public

OFFICIAL SEAL
ANNE M BANDROWSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/31/2026

It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

339240
Order #:339240/ILPRF441