**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) PROOF TECHNOLOGY, INC.
1800 GAYLORD STREET DENVER, CO 80206 | PH: (973) 339-3199

Civil Number: 2:22-CV-7913 (GRB)(ARL)
Date Filed: 12/29/2022

EMANUEL KATAEV

vs

TD BANK N.A., ET AL

Plaintiff

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

CHRISTOPHER J. KLEIN, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **1/11/2023**, at **12:04 PM** at **28 LIBERTY STREET, NEW YORK, NY 10005**, Deponent served the within **SUMMONS AND COMPLAINT WITH CIVIL COVER SHEET**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **EXPERIAN INFORMATION SOLUTIONS INC C/O CT CORP**, Defendant therein named, (hereinafter referred to as "subject").

By delivering to and leaving with **Osmara Martinez** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Osmara Martinez is as follows:

**Sex**: Female   **Color of skin**: Olive   **Color of hair**: Brown   **Age**: 25
**Height**: 5ft4in-5ft8in   **Weight**: 100-130 Lbs.   **Other**:

Sworn to before me on January 12, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.: 223178

Process Server, Please Sign
CHRISTOPHER J. KLEIN
Lic# 1188546
Job #: 2301380

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE