# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EMANUEL KATAEV** <br> *Plaintiff* <br> v. <br> **TD BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.** <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1 2:22-cv-07913-GRB-ARL <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Dana Judge, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Dana Judge is not a party to the action, is over 18 years of age and resides at 27 Manor Ave, Woodbury, NJ 08096.

I served the following documents on TD Bank, N.A in Camden County, NJ on January 6, 2023 at 4:38 pm at 375 Kings Hwy N, Cherry Hill, NJ 08034 by leaving the following documents with Philippe Zimmermann who as Customer Service Representative is authorized by appointment or by law to receive service of process for TD Bank, N.A.

Summons in a Civil Action
Civil Action Complaint
Civil Cover Sheet

Additional Description:
I delivered the documents to Philippe Zimmermann.

White Male, est. age 30, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=39.9289550781,-74.9933581347

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Gloucester County   ,   NJ   on   1/17/2023   .

/s/ Dana Judge
Signature
Dana Judge
(856) 230-0261